AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sylvia Salas

V.

3M Company &

Sedgwick Claims Management Services

CASE NUMBER: 08CV1614

ASSIGNED JUDGE: JUDGE MANNING

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Sedgwick Claims Management Services
c/o CT Corporation
208 S. LaSalle, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kristin M. Case
The Case Law Firm, LLC
150 N. Michigan Ave., Suite 2700
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis*

(By) DEPUTY CLERK

March 20, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/24/08 |
| NAME OF SERVER (PRINT)  Alexander Fattes | TITLE  Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Sedgwick Claims Management Serv. c/o CT Corporation 208 S. LaSalle Suite 814 Chicago IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Dawn Schulz

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
Date

Signature of Server

Address of Server: 150 N. Michigan Ave Suite 2700 Chicago IL 60601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.