IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYLVIA SALAS,<br><br>       Plaintiff,<br><br>v.<br><br>3M COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>       Defendants. | No.  08 CV 1614<br><br>Judge:  Blanche M. Manning<br>Magistrate Judge Susan E. Cox |

## DEFENDANTS' AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, 3M Company ("3M") and Sedgwick Claims Management Services, Inc. ("Sedgwick") (collectively "Defendants"), by and through their attorneys, bring this motion under Rule 6(b) of the Federal Rules of Civil Procedure and hereby file their Agreed Motion to Extend Time to Answer or Otherwise Plead.  In support of their motion, Defendants state as follows:

1. Plaintiff filed her Complaint on March 20, 2008.

2. Both 3M and Sedgwick were served with a copy of the Complaint on March 24, 2008.

3. As such, Defendants must answer or otherwise plead by April 14, 2008.

4. Defendants respectfully request an additional seven (7) days to answer or otherwise plead, to April 21, 2008, in order to more fully prepare its response to Plaintiff's Complaint.

5. On April 14, 2008, counsel for Defendants contacted counsel for Plaintiff and

-2-

requested a seven-day extension of time to answer or otherwise plead. Plaintiff's counsel has agreed to this request.

6. This extension is sought in good faith, is not brought for purposes of delay or any other improper purpose, and will not unduly prejudice any party.

WHEREFORE, Defendants respectfully request that this Court grant their Agreed Motion to Extend Time To Answer of Otherwise Plead.

                                                      Respectfully submitted,

                                                      s/Veronica Li
                                                        Veronica Li

John A. Ybarra (#06196983)
Veronica Li (#6286719)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL 60601
312.372.5520

Dated: April 14, 2008

**CERTIFICATE OF SERVICE**

I, Veronica Li, certify that on April 14, 2008, a copy of the foregoing ***Defendants' Agreed Motion to Extend Time to Answer or Otherwise Plead*** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kristin M. Case
The Case Law Firm, LLC
150 North Michigan Avenue
Suite 2700
Chicago, IL 60601

                                                  s/Veronica Li