IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYLVIA SALAS,<br><br>              Plaintiff,<br><br>   v.<br><br>3M COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>              Defendants. | No. 08 CV 1614<br><br>Judge Blanche M. Manning<br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

**TO:** Kristin M. Case
The Case Law Firm, LLC
150 North Michigan Avenue
Suite 2700
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Thursday, April 17, 2008 at 11:00 a.m., we shall present before the Honorable Blanche M. Manning, or any judge sitting in her stead, in Room 2156 of the Dirksen Federal Building at 219 S. Dearborn, **Defendants' Agreed Motion to Extend Time to Answer or Otherwise Plead**, a copy of which has been served upon you.

Respectfully submitted,

s/Veronica Li
Veronica Li

John A. Ybarra (#06196983)
Veronica Li (#6286719)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street

-2-

Suite 2900
Chicago, IL  60601
312.372.5520

Dated: April 14, 2008

**CERTIFICATE OF SERVICE**

    I, Veronica Li, certify that on April 14, 2008, a copy of the foregoing *Notice of Motion* was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kristin M. Case<br>
The Case Law Firm, LLC<br>
150 North Michigan Avenue<br>
Suite 2700<br>
Chicago, IL 60601

                                          s/Veronica Li