IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYLVIA SALAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. : 08CV1614 |
| | ) | |
| 3M COMPANY, | ) | Judge Manning |
| and SEDGWICK CLAIMS | ) | |
| MANAGEMENT SERVICES, INC., | ) | Magistrate Judge Cox |
| Defendants. | ) | |

**INITIAL JOINT STATUS REPORT**

Plaintiff Sylvia Salas and Defendants 3M Company and Sedgwick Claims Management Services, Inc., pursuant to the Order Setting Initial Status Report For Cases Assigned To Judge Cox, submit their Initial Joint Status Report:

1.  The matter is set for an initial status hearing before the Court on May 21, 2008 at 9:30 a.m.

2.  Plaintiff asserts FMLA interference and promissory estoppel claims against both Defendants and asserts an FMLA retaliation claim against Defendant 3M. Plaintiff seeks back pay and front pay damages, liquidated damages, punitive damages and payment of attorneys fees. Defendants deny any wrongdoing and deny that Plaintiff is entitled to any relief. Defendants filed their Answer to Plaintiff's Complaint on April 21, 2008.

3.  This matter has been referred to the Honorable Magistrate Judge Cox for discovery and settlement management. (*See* attached Exhibit A, copy of the Referral Order of the Executive Committee).

4.  Defendants will consent to trial before the Magistrate Judge. Plaintiff will not, at this time, consent to a trial before the Magistrate Judge.

5.  On May 16, 2008, Plaintiff submitted an itemization of damages and an initial

2

settlement proposal to Defendants. Defendants will respond to Plaintiff's submission by May 23, 2008.

Respectfully submitted,

| | |
|---|---|
| SYLVIA SALAS | 3M COMPANY AND SEDGWICK CLAIMS MANAGEMENT SERVICE, INC. |
| By:    s/Kristin M. Case | By:    s/Veronica Li |
| Kristin M. Case<br>The Case Law Firm, LLC<br>150 North Michigan Ave., Suite 2700<br>Chicago, Illinois 60601<br>Telephone (312) 920-0400<br>Facsimile  (312) 920-0800 | John A. Ybarra<br>Veronica Li<br>LITTLER MENDELSON, P.C.<br>200 North LaSalle Street<br>Suite 2900<br>(312) 372-5520<br>(312) 372-7880 (fax) |

## CERTIFICATE OF SERVICE

I, Veronica Li, certify that on May 16, 2008, a copy of the foregoing *Initial Joint Status Report* was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Kristin M. Case
The Case Law Firm, LLC
150 North Michigan Ave., Suite 2700
Chicago, Illinois 60601
Telephone (312) 920-0400
Facsimile  (312) 920-0800

                                                        s/Veronica Li

# EXHIBIT A

Case 1:08-cv-01614　Document 17-2　Filed 05/16/2008　Page 1 of 3

# United States District Court
# Northern District of Illinois

In the Matter of

Salas

v.

3M Company, et al.

Case No. 08 C 1614

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge **Susan E. Cox**, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge Blanche M. Manning

Dated: April 30, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge **Susan E. Cox**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAY - 2 2008

Referral/Designated Magistrate Judge (Rev. 9/99)

## CRIMINAL PROCEEDINGS

**Hear and enter order(s) on the following non-dispositive motion/matter:**
- ☐ Discovery motion(s) specified below.
- ☐ Arraignment(s) and/or detention hearing(s).
- ☐ Bail/detention hearing(s).
- ☐ Bail review/reconsideration of detention.

**Conduct necessary proceedings and issue Report and Recommendation on:**
- ☐ Motions to dismiss or quash indictment.
- ☐ Potential revocation of probation.
- ☐ Motions(s) to suppress evidence.
- ☐ Other, as specifically set forth below.

## CIVIL PROCEEDINGS

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**
- ☐ Pretrial conference under Rule 16.
- ☐ Discovery motion(s) specified below.
- ☐ All Discovery motions.
- ■ Discovery supervision.
- ☐ Discovery conference under Rule 26(f).
- ■ Settlement conference.
- ☐ Preparation of pretrial materials.
- ☐ Conduct necessary proceedings and issue Report and Recommendation on dispositive motion specified below, other than motions to dismiss and for summary judgment (e.g., motion for injunction, for Social Security review, for class certification, to set aside judgment).
- ☐ Conduct necessary proceedings and enter Order/Report and Recommendation on all nondispositive pretrial motions through filing of pretrial materials including final pretrial order, with the exceptions or additions specified below.
- ☐ Serve as Special Master under 28 U.S.C. §636(b)(2), as more specifically set forth below.
- ■ Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

EXCEPTIONS OR ADDITIONS:
All nondispositive pretrial motions