## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Sylvia Salas
                          Plaintiff,

v.
                                        Case No.: 1:08−cv−01614
                                        Honorable Blanche M. Manning

3M Company, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

       MINUTE entry before the Honorable Susan E. Cox: Status hearing held. The Court was advised of the status of discovery. Discovery cut−off date of 9/22/08 stands. The Court inquired regarding a settlement conference. If the parties desire a settlement conference, they will contact chambers for scheduling. Status hearing set for 9/23/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.