**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYLVIA SALAS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. : 08-CV-1614 |
| ) | |
| 3M COMPANY, ) | Judge Manning |
| and SEDGWICK CLAIMS ) | |
| MANAGEMENT SERVICES, INC., ) | Magistrate Judge Cox |
| ) | |

**NOTICE OF MOTION**

To:   Mr. John Ybarra
      Ms. Veronica Li
      Littler Mendelson
      200 North La Salle Street
      Suite 2900
      Chicago, Illinois  60601-1014

     On Thursday, August 28, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Susan Cox or any judge sitting in her stead, in the courtroom usually occupied by her in Dirksen Federal Court Building and then and there present the attached Plaintiff's Motion to Quash, a true and correct copy of which is hereby served on you.

                                                      Respectfully submitted,

                                                      /s/ Kristin M. Case
                                                      _____
                                                      One of Plaintiff's Attorneys

Kristin M. Case
The Case Law Firm, LLC
150 N. Michigan Ave., Suite 2700
Chicago, Illinois 60601
312-920-0400

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on August 25, 2008 she caused the foregoing, **Motion to Quqash** to be served by email and U.S. Mail upon Respondent's counsel of record:

>John Ybarra
>Veronica Li
>Littler Mendelson
>200 North La Salle Street
>Suite 2900
>Chicago, Illinois  60601-1014

      /s/ Kristin M. Case
      _____
      One of Plaintiff's Attorneys

Kristin M. Case
The Case Law Firm, LLC
150 N. Michigan Ave., Suite 2700
Chicago, Illinois 60601
312-920-0400