**Kristin Case**

| | |
|---|---|
| **From:** | Kristin Case [kcase@thecaselawfirm.com] |
| **Sent:** | Friday, August 22, 2008 10:33 PM |
| **To:** | 'Li, Veronica' |
| **Cc:** | 'Ybarra, John A.' |
| **Subject:** | Salas v. 3M & Sedgwick |

Dear Veronica and John:

I received Veronica's fax regarding the subpoenas that you intend to issue. Please be advised that I strongly object to the subpoenas that you intend to send to Ms. Salas' current employer as well as Ms. Roebles' current employer. Any information sought in these subpoenas could be obtained from far less intrusive means. There are many cases in which subpoenas to current employers have been quashed as being overly intrusive. See, for example, *Poulos v. Village of Lindenhurst*, 2002 WL 485384 (N.D. Ill 2002); *Woods v. Fresenius Medical Care Group of North America*, 2008 WL 151836 (S.D.Ind.2008).

Pursuant to Rule 37, I am specifically requesting that you refrain from serving these subpoenas as I fear that either Ms. Salas or her daughter (both of whom just recently started their jobs) will face termination or other adverse consequences should you proceed. Please confirm that you will refrain from sending these subpoenas. If you proceed, we will file a motion to quash.

Please feel free to call me or email me with any issues.

Thank you in advance for your cooperation.

Kristin M. Case

The Case Law Firm, LLC
150 N. Michigan Ave., Suite 2700
Chicago, Illinois 60601
312-920-0400
312-920-0800 (fax)
kcase@thecaselawfirm.com

