# Kristin Case

**From:** Kristin Case [kcase@thecaselawfirm.com]
**Sent:** Saturday, August 23, 2008 10:56 AM
**To:** 'Li, Veronica'; 'Ybarra, John A.'
**Subject:** Salas v. 3M & Sedgwick

Good morning Veronica and John:

In furtherance of my email to you both yesterday, please be advised that we intend to file a motion for protective order in response to the subpoenas you intend to issue to Ms. Salas and Ms. Roebles' current employers. By way of compromise, I am fine with you sending subpoenas to past employers.

I would respectfully request that you wait to serve the two subpoenas to the two current employers so that Judge Cox may rule on my motion first. I said yesterday, I strongly believe that service of such subpoenas could have very detrimental effects upon my client's and her daughter's employment.

Moreover, I encourage you to explore the case law addressing subpoenas to current employers. As you will see, there are many, many cases in which courts have granted protective orders and/or motions to quash. I hope that we can reach an agreement prior to me having to file a motion for a protective order.

Please let me know your thoughts.

Kristin M. Case

The Case Law Firm, LLC
150 N. Michigan Ave., Suite 2700
Chicago, Illinois 60601
312-920-0400
312-920-0800 (fax)
kcase@thecaselawfirm.com

8/25/2008

C