**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SYLVIA SALAS,** | |
| Plaintiff, | No.  08 cv 1614 |
| v. | Judge:  Blanche M. Manning |
| **3M COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,** | Magistrate Judge  Susan E. Cox |
| Defendants. | |

## NOTICE OF MOTION

TO:    Kristin M. Case
        The Case Law Firm, LLC
        150 North Michigan Avenue
        Suite 2700
        Chicago, IL 60601

PLEASE TAKE NOTICE that on Tuesday, September 16, 2008 at 11:00 a.m., we shall appear before the Honorable Blanche M. Manning, or any judge appearing in her stead, in Room 2125 of the Dirksen Federal Building and there and then present **Joint Motion for Entry of Agreed Protective Order**, a copy of which is attached and hereby served upon you.

Respectfully submitted,

                                                          s/Veronica Li
                                                          Veronica Li

John A. Ybarra (#06196983)
Veronica  Li (#6286719)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street

Suite 2900
Chicago, IL  60601
312.372.5520

Dated: September 8, 2008

<u>**CERTIFICATE OF SERVICE**</u>

I, Veronica Li, certify that on September 8, 2008, a copy of the foregoing ***Notice of Motion for Joint Motion for Entry of Agreed Protective Order*** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kristin M. Case
The Case Law Firm, LLC
150 North Michigan Avenue
Suite 2700
Chicago, IL 60601
312.920.0400

                                                                                                                              s/Veronica Li
                                                                                                     Veronica Li